**Williford M. WHITE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28046.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys.,

Houston, Leon B. Douglas, State's Atty., Austin, for the State.

v.

**The STATE of Texas, Appellee.**

**No. 28047.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

### PER CURIAM.

Felony theft is the offense; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.